**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6996**

DANNY CONWAY,

                Plaintiff – Appellant,

        v.

NANCY ROUSE; J. MICHAEL STOUFFEL; J. DIEHL; D. FORSHEY; R. MILLER; E. FISCHER; P. K. JACKSON,

                Defendants – Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Richard D. Bennett, District Judge. (1:09-cv-00514-RDB)

Submitted:  October 29, 2010        Decided:  November 9, 2010

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Danny Conway, Appellant Pro Se.  Rex Schultz Gordon, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Conway appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Conway v. Rouse, No. 1:09-cv-00514-RDB (D. Md. June 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED